# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-0757

———————————————

Matthew Marraffino,

Appellant,

v.

Stericycle/Sedgwick CMS,

Appellees.

———————————————

On appeal from an order of the Judge of Compensation Claims. Keef F. Owens, Judge.

Date of Accident: December 10, 2014.

April 11, 2019

Per Curiam.

Affirmed.

Wolf, Winokur, and Jay, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant.

Alexandra Valdes of Cole, Scott & Kissane, P.A., Miami, for Appellees.